160 A.3d 552

**JONES, Joseph Michael**

v.

**STATE of Maryland**

**Pet. Docket No. 570, Sept.Term, 2016**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 251, Sept. Term, 2016).

Petition for writ of certiorari denied.

■

160 A.3d 552

**JONES, Phillip Alvin**

v.

**STATE of Maryland**

**Pet. Docket No. 600, Sept. Term, 2016**

Court of Appeals of Maryland.

May 22, 2017

Dismissed by the Court of Special Appeals (No. 2569, Sept. Term, 2015).

Petition for writ of certiorari dismissed.